# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

| | | |
|---|---|---|
| ELLA MAYBERRY, | § | |
| Plaintiff | § § § | |
| VS. | § § | C.A. NO. 3:23-cv-361 |
| WALGREEN CO., | § § § | |
| Defendant | § | |

## NOTICE OF REMOVAL

Defendant Walgreen Co. files this Notice of Removal pursuant to 28 U.S.C.§ 1446(a):

## PROCEDURAL BACKGROUND

1. On October 19, 2023, Plaintiff filed her Original Petition in the matter styled Cause No. 23-CV-1992, *Ella Mayberry v. Walgreen Co.;* In the 212th Judicial District Court of Galveston County, Texas.

2. On October 20, 2023, Defendant Walgreen Co. was served with the Citation and Plaintiff's Original Petition in the state court cause of action. Thus, this Notice of Removal is timely, as it has been filed within the thirty-day statutory time for removal. 28 U.S.C. § 1446(b).

## BASIS FOR REMOVAL

3. This court has jurisdiction over this matter under 28 U.S.C. § 1332(a), because there is complete diversity of citizenship between Plaintiff and the sole

Defendant, Walgreen Co. Specifically, Plaintiff's Original Petition alleges that she is an individual residing in Galveston County, Texas.  Defendant Walgreen Co. is an Illinois corporation with its principal places of business in Illinois.

4.    Further, the amount at stake, exclusive of interest and costs, exceeds $75,000.00. Specifically, Plaintiffs' Original Petition claims that she tripped and fell in a store owned/controlled by Defendant and suffered "serious bodily injuries" as a result.  The Petition affirmatively states that she seeks damages of between $200,000 and $1,000,000.

## THE REMOVAL IS PROCEDURALLY CORRECT

5.    Venue is proper in this district under 28 U.S.C. § 1446(a) because this district and division embrace the place in which the removed action has been pending and because a substantial part of the events giving rise to the Plaintiff's claims allegedly occurred in this district; specifically, a Walgreen Co. store in La Marque, Galveston County, Texas.

6.    Pursuant to 28 U.S.C § 1446(a), Defendant has attached copies of all pleadings filed in the case.  The state court in which the case was filed does not utilize a paper docket sheet.  Therefore, Defendant has attached a copy of the state District Clerk website's Case Information Screen printout pertaining to the case. An Index of Documents Being Filed, including a List of All Parties and Counsel of record and pleadings in the state court action is attached.

7. Pursuant to 28 U.S.C. § 1446(d), written notice of the removal will be given to all other parties to the suit.

8. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal will be filed with the clerk of the state court in which this action is pending.

THEREFORE, Defendant Walgreen Co. requests that this Honorable Court take notice of the removal of the above-reference state court action to the United States District Court for the Southern District of Texas Galveston Division.

Respectfully submitted,

By: /s/ Phil Griffis
PHIL GRIFFIS
State Bar No. 08476400
Federal No. 10528
pgriffis@griffislawfirm.com
1322 Space Park Drive, Suite A248
Houston, Texas 77058
Telephone: (832) 284-4013
Telecopier: (713) 493-7253
ATTORNEY FOR DEFENDANT
WALGREEN CO.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record, in the manner shown below, pursuant to the Federal Rules of Civil Procedure, on this the 1st day of November 2023.

Sent Via Electronic Service
LAW OFFICES OF SCOTT A. SANES
Scott A. Sanes
scott@scottsaneslaw.com

and

RICE LAW OFFICE
Robert T. Rice
attorneyrice@aol.com
ATTORNEYS FOR PLAINTIFF

/s/ Phil Griffis
PHIL GRIFFIS