# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

| | | |
|---|---|---|
| **ELLA MAYBERRY,** | § § § § | |
| **Plaintiff** | § § | |
| **VS.** | § § | **C.A. NO. 3:23-cv-361** |
| **WALGREEN CO.,** | § § § | |
| **Defendant** | § | |

## JOINT MOTION TO DISMISS

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff ELLA MAYBERRY and Defendant WALGREEN CO. (the "Parties") file this Joint Motion to Dismiss this case and represent to the Court that they no longer wish to proceed with this action.

The Parties, therefore, respectfully request that the Court enter an order dismissing this case with prejudice to refile and stating that each party is to bear their own costs. The Parties also request that the Court grant them any other relief to which they may be entitled.

DATED January 31, 2024.

Respectfully submitted,

LAW OFFICES OF SCOTT A. SANES

By: /s/ Scott A. Sanes
Scott A. Sanes
Texas State Bar No. 17630600
11200 Broadway, Suite 2705
Pearland Town Center — Offices East
Pearland, TX 77584
713-799-8400 (Telephone)
888-328-7060 (Facsimile)

RICE LAW OFFICE

By: /s/ Robert T. Rice
Robert T. Rice
State Bar No.: 16835200
100 N. Velasco St.
Angleton, Texas 77515
(979) 864-3000 (Telephone)
(979) 849-1124 (Facsimile)
ATTORNEYS FOR PLAINTIFF

AND

THE LAW OFFICE OF PHIL GRIFFIS

By: /s/Phil Griffis
Phil Griffis
Federal ID: 10528
1322 Space Park Drive, Suite A248
Houston, TX 77058
Telephone:  (832) 284-4013
Facsimile:   (713) 493-7253
pgriffis@griffislawfirm.com
ATTORNEYS FOR DEFENDANT