United States District Court
Southern District of Texas
**ENTERED**
February 01, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ELLA MAYBERRY, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:23-cv-361 |
| WALGREEN CO., | § § § | |
| Defendant. | § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On January 31, 2024, the parties filed a joint motion to dismiss. Dkt. 8.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against the defendant in the above-captioned and numbered lawsuit are **DISMISSED WITH PREJUDICE** to refiling.

Each party to bear its own attorneys' fees and costs.

Signed on Galveston Island this 1st day of February, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE